MN-305
(10/00)

*Rurg 9/9/10
KLH
191495*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

<u>Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund</u>

Debtor: <u>Steven Ronald Kranz</u>

Chapter 7 Case No. <u>10-42223</u>

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| GE Money Bank dba Old Navy | 5 | | $2.40 |

*RECEIVED 10 SEP -9 AM 9:34 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN*

Date: <u>September 8, 2010</u>

_____
Trustee
Dwight R. J. Lindquist
1510 Rand Tower
Minneapolis, MN  55402
(612) 332-8871    #63538